**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: SAMSUNG CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL No. 3055 |

**NOTICE OF MAJOR DEFICIENCY**

The following deficiency is considered MAJOR:

> Pleading No. 75 is out of time. Briefing in this matter closed on November 10, 2022. (See Doc. No. 49)

*See* Panel Rule 6.3.

FOR THE PANEL:

_____
John W. Nichols
Clerk of the Panel